**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 23-2029**

―――――――――

ERIKA JACOBS,

        Plaintiff - Appellant,

    v.

QUEST DIAGNOSTICS, located at Carillion Roanoke Memorial Hospital 3rd Floor,

        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert S. Ballou, District Judge.  (7:23-cv-00126-RSB)

―――――――――

Submitted:  January 30, 2024                   Decided:  February 2, 2024

―――――――――

Before KING, AGEE, and THACKER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Erika Jacobs, Appellant Pro Se.  Jessica Thaller-Moran, Raleigh, North Carolina, Matthew Brady Tynan, BROOKS PIERCE, Greensboro, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erika Jacobs appeals the district court's orders (1) directing that her complaint be served on Quest Diagnostics' registered agent after finding that the initial service of process was insufficient, and (2) granting Quest Diagnostics' motion to compel arbitration and dismissing without prejudice Jacobs' complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Jacobs v. Quest Diagnostics*, No. 7:23-cv-00126-RSB (W.D. Va., June 15, 2023; Aug. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*